**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THEODORE ADAMS, derivatively on behalf of VIRTU FINANCIAL, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL T. VIOLA, DOUGLAS A. CIFU, VINCENT VIOLA, WILLIAM F. CRUGER JR., VIRGINIA GAMBALE, JOSEPH J. GRANO, JOANNE M. MINIERI, JOHN D. NIXON, CHRISTOPHER C. QUICK, DAVID URBAN, JOSEPH MOLLUSO, ALEX IOFFE, and SEAN GALVIN,<br><br>　　　　　　　　　　　　Defendants,<br><br>and<br><br>VIRTU FINANCIAL, INC.,<br><br>　　　　　　　　　　　Nominal Defendant. | Case No. 1:25-cv-1688<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants Michael T. Viola, Douglas A. Cifu, Vincent Viola, William F. Cruger Jr., Virginia Gambale, Joseph J. Grano, Joanne M. Minieri, John D. Nixon, Christopher C. Quick, David Urban, Joseph Molluso, Alex Ioffe, Sean Galvin, and Virtu Financial, Inc.

Dated: May 23, 2025
Wilmington, DE

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Matthew D. Stachel*
Matthew D. Stachel

1313 North Market Street, Suite 806
Wilmington, DE 19801
Phone: (302) 655-4410
Fax: (302) 655-4420
mstachel@paulweiss.com

*Counsel for Defendants*