**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THEODORE ADAMS, derivatively on behalf of VIRTU FINANCIAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL T. VIOLA, DOUGLAS A. CIFU, VINCENT VIOLA, WILLIAM F. CRUGER JR., VIRGINIA GAMBALE, JOSEPH J. GRANO, JOANNE M. MINIERI, JOHN D. NIXON, CHRISTOPHER C. QUICK, DAVID URBAN, JOSEPH MOLLUSO, ALEX IOFFE and SEAN GALVIN,<br><br>Defendants,<br><br>and<br><br>VIRTU FINANCIAL, INC.,<br><br>Nominal Defendant. | Case No. 1:25-cv-1688 |

| | |
|---|---|
| ROBERT L. DEISZ,<br><br>*Plaintiff*,<br><br>-against-<br><br>VINCENT VIOLA, MICHAEL T. VIOLA, DOUGLAS A. CIFU, JOHN PHILIP ABIZAID, WILLIAM F. CRUGER, JR., VIRGINIA GAMBALE, JOSEPH J. GRANO, JR., ROBERT GREIFELD, GLENN HUTCHINS, JOANNE M. MINIERI, JOHN D. NIXON, CHRISTOPHER C. QUICK, DAVID J. URBAN, SEAN P. GALVIN, and JOSEPH A. MOLLUSO,<br><br>*Defendants*, | Case No. 1:25-cv-1958 |

| | |
|---|---|
| VIRTU FINANCIAL, INC., a Delaware Corporation,<br><br>*Nominal Defendant.* | |

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONSOLIDATE SHAREHOLDER DERIVATIVE ACTIONS, APPOINT CO-LEAD COUNSEL AND LIAISON COUNSEL, AND FOR SCHEDULING**

Plaintiffs Theodore Adams ("Adams") and Robert L. Deisz ("Deisz") (together, "Plaintiffs"), individual defendants Michael T. Viola, Douglas A. Cifu, Vincent Viola, William F. Cruger, Jr., Virginia Gambale, Joseph J. Grano, Joanne M. Minieri, John D. Nixon, Christopher C. Quick, David Urban, Joseph Molluso, Alex Ioffe, Sean Galvin, John Philip Abezaid, Robert Greifeld, and Glenn Hutchins (the "Individual Defendants"), along with nominal defendant Virtu Financial, Inc. ("Virtu" or the "Company", and together with the Individual Defendants, the "Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS**, on April 17, 2024, Plaintiff Robert L. Deisz made a demand to inspect the books and records of the Company pursuant to Section 220 of the Delaware General Corporation Law ("220 Demand") and commenced an investigation into possible breaches of fiduciary duty, mismanagement, and other violations of law by members of Virtu's Board of Directors and management, resulting in the production of over 1,000 pages of internal company documents;

**WHEREAS**, on March 26, 2025, plaintiff Adams filed a shareholder derivative action in this Court captioned *Adams v. Viola, et al.*, Case No. 25-cv-1668 (E.D.N.Y.) (the "*Adams* Action"), on behalf of nominal defendant Virtu asserting claims against certain of the Individual Defendants under Delaware law for breach of fiduciary duty and unjust enrichment, and for contribution pursuant to Section 21(D) of the Securities Exchange Act of 1934 ("Exchange Act");

**WHEREAS**, on April 9, 2025, plaintiff Deisz filed a shareholder derivative action in this Court under seal captioned *Deisz v. Viola, et al.*, Case No. 25-cv-1958 (E.D.N.Y.) (the "*Deisz* Action"), on behalf of Virtu Financial asserting claims against certain of the Individual Defendants under Delaware law for breach of fiduciary duty and unjust enrichment, and for violations of Sections 14(a) and 10(b) of the Exchange Act;

**WHEREAS**, counsel for the Parties conferred, and the Parties agree that the *Adams* and *Deisz* Actions (collectively the "Derivative Actions") challenge substantially the same alleged conduct and involve similar claims and questions of law or fact;

**WHEREAS**, the Parties agree that the Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action, in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

**WHEREAS**, in order to realize the efficiencies made possible by consolidation of the Derivative Actions, Plaintiffs agree that Plaintiff Deisz should be appointed as Lead Plaintiff and his choice of counsel, Hach Rose Schirripa & Cheverie LLP ("HRSC") and Levi & Korsinsky, LLP ("L&K") should be appointed as Co-Lead Counsel in the consolidated action. The Firm Resumes of HRSC and L&K are attached hereto as Exhibits A and B.

**WHEREAS**, the Parties, by and through their undersigned counsel, have met and conferred and, for the convenience of the Parties and the Court, hereby enter into the following stipulation, subject to the Court's approval;

**NOW, THEREFORE, IT IS THEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that:

1. The *Adams* and *Deisz* Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 25-cv-1688 (the "Consolidated Derivative Action"):

2. Undersigned counsel for Defendants are authorized to accept, and hereby do accept as of the date of this stipulation, service of the initial complaints filed in the *Adams* and *Deisz* Actions on behalf of Defendants, without prejudice to and without waiver of any and all of Defendants' defenses, objections, or arguments in this matter (including but not limited to defenses, objections or arguments based on jurisdictional grounds, venue grounds, or the exclusive forum selection provision in the Company's certificate of incorporation), except as to sufficiency of service of process. Defendants shall not be required to move, answer, or otherwise respond to, and all Defendants are hereby expressly relieved from moving, answering, or otherwise responding to the initial complaints filed in the *Adams* and *Deisz* Actions.

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Virtu Financial, Inc. Derivative Litigation<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead Case No. 1:25-cv-1688 |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under Lead Case No. 25-cv-1688.

5. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as the Derivative Actions, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In Re Virtu Financial, Inc. Derivative Litigation*, Lead Case No. 25-cv-1688, is hereafter filed in the Court, removed to this Court, reassigned to the Court, or transferred here from another court, this Court requests the assistance of counsel in calling to attention of the clerk of the Court the filing, removal, reassignment, or transfer of any case that might properly be consolidated as part of *In Re Virtu Financial, Inc. Derivative Litigation*, Lead Case No. 25-cv-1688, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Derivative Action shall apply to all later shareholder derivative actions involving Virtu filed in this Court.

6. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Derivative Action shall be:

**Hach Rose Schirripa & Cheverie LLP**
Daniel B. Rehns
112 Madison Avenue, 10th Floor
New York, New York 10016
Tel: (646) 992-8123
Email: drehns@hrsclaw.com

And

**Levi & Korsinsky, LLP**
Gregory M. Nespole
33 Whitehall Street, 17th Floor
New York, New York 10004
Tel: (212) 363-7500
Email: gnespole@zlk.com

7. Lead Plaintiff and Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Lead Plaintiff and Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

10. This stipulation is without prejudice to any and all claims Plaintiffs may assert in the Consolidated Derivative Action.

11. Lead Plaintiff shall file a Consolidated Amended Complaint, or Lead Plaintiff shall designate a complaint operative, within thirty (30) days of the Court entering an order consolidating the Derivative Actions and appointing Lead Plaintiff and Co-Lead Counsel in the Consolidated Derivative Action.

12. Defendants shall move, answer, or otherwise respond to the Consolidated Amended Complaint or the complaint deemed operative within sixty (60) days from the date that a Consolidated Amended Complaint is filed or a complaint is deemed operative in the Consolidated Derivative Action.

13. If Defendants move to dismiss the Consolidated Derivative Action, Lead Plaintiff shall oppose any such motion(s) within sixty (60) days from the date of filing of such motion(s);

14. Defendants shall file any reply brief(s) in support of any motion(s) to dismiss within thirty (30) days from the date Plaintiffs file their opposition brief(s).

**IT IS SO STIPULATED.**

Dated: May 12, 2025

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**

*/s/ Daniel B. Rehns*

Daniel B. Rehns
Scott R. Jacobsen (pro hac vice forthcoming)
John W. Baylet
112 Madison Avenue, 10th Floor
New York, NY 10016
Tel: (646) 992-8123
Email: drehns@hrsclaw.com
drehns@hrsclaw.com
sjacobsen@hrsclaw.com
jbaylet@hrsclaw.com

*Co-Lead Counsel and Counsel for Proposed Lead Plaintiff Robert L. Deisz*

**LEVI & KORSINSKY, LLP**

*/s/ Gregory M. Nespole*

Gregory M. Nespole
Daniel Tepper
Correy A. Suk
Sidharth Kakkar
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel: (212) 363-7500
Email: gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com
skakkar@zlk.com

*Co-Lead Counsel and Counsel for Proposed Lead Plaintiff Robert L. Deisz*

**So Ordered.**

**s/Nicholas G. Garaufis**

**Hon. Nicholas G. Garaufis**
**Date:** 7/28/25

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Benjamin I. Sachs-Michaels*
Benjamin I. Sachs-Michaels
Matthew M. Houston
745 Fifth Avenue, Fifth Floor
New York, NY 10151
Tel: (212) 935-7400
Facsimile: (212) 756-3630
bsachsmichaels@glancylaw.com
mhouston@glancylaw.com

**SHUMAN, GLENN & STECKER**
Brett D. Stecker
326 W. Lancaster Avenue
Ardmore, PA 19003
Tel: (303) 861-3003
brett@shumanlawfirm.com

*Counsel for Additional Plaintiff Theodore Adams*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Andrew G. Gordon*
Andrew G. Gordon
Audra J. Soloway
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com
asoloway@paulweiss.com

*Attorneys for Defendants*

**OF COUNSEL:**

Matthew D. Stachel (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1313 North Market Street, Suite 806
Post Office Box 32
Phone: (302) 655-4410
Fax: (302) 655-4420
mstachel@paulweiss.com

**SO ORDERED.**

DATED:________________________

__________________________________
HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE